UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

LIZA LANCIONE,

       Plaintiff,

   -v-                                   No.  13 Civ. 8257 (LTS)(FM)

SIRIUS XM RADIO INC.,

       Defendant.

--------------------------------------------------------x

ORDER

Defendant Sirius XM Radio, Inc. ("Defendant") filed a motion in the above-captioned case to dismiss the complaint and compel arbitration or, in the alternative, to dismiss the complaint for failure to state a claim.  Plaintiff Liza Lancione ("Plaintiff") filed a response in which she agreed to arbitration, but asked the Court to stay the matter in its entirety until the arbitration has been completed.  Defendant then filed a reply, asking the Court to dismiss the action.

The motion to compel arbitration is granted on consent, and the action is dismissed without prejudice to litigation of the claims and defenses in the arbitral forum.  This Order resolves docket entry no. 4.  The Clerk of Court is requested to enter judgment accordingly and to close this case.

       SO ORDERED.

Dated: New York, New York
      April 8, 2014

                               /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge