**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Liza Lancione,

                Plaintiff,                13 **CIVIL** 8257 (LTS)

      -against-                    **JUDGMENT**

Sirius XM Radio Inc.,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
4/8/2014

     Defendant having moved to dismiss and compel arbitration pursuant to 9 U.S.C. 1, et seq., or in the alternative, dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12 (b)(6), on January 28, 2014 (Doc. #4), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on April 8, 2014, having rendered its Order (Doc. #15) granting on consent the motion to compel arbitration, dismissing the action without prejudice to litigation of the claims and defenses in the arbitral forum, resolving docket entry no. 4, directing the clerk to enter judgment, and close this case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2014, defendant's motion to compel arbitration is granted on consent, and the action is dismissed without prejudice to litigation of the claims and defenses in the arbitral forum; accordingly, the case is closed.

**Dated:** New York, New York
         April 8, 2014

                                                               **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                  **BY:**

                                                               **Deputy Clerk**